## JOSEPH BARON ET UX *versus* ROBERT A. FORSYTH, JOHN PATTERSON, AND CHARLES LABADIE, ALEXIS LABADIE, FRANÇOIS LABADY, ANTOINE LABADIE, ARCHANGE JONES, WILLIAM JONES, MONIQUE CADOTTE, FRANÇOIS CADOTTE, CECILE LeDUC AND LOUIS LeDUC, HEIRS OF ALEXIS LABADIE, DECEASED

JOURNAL ENTRIES (1824–26): *Journal 3:* (1) Motion for decree pro confesso *p. 509. *Journal 4:* (2) Motion to take bill as confessed, continued MS p. 72; (3) death suggested, bill dismissed MS p. 105.
PAPERS IN FILE: (1) Bill of complaint and two affidavits, allowance of injunction; (2) recognizance; (3) precipe for writ of subpoena and for writ of injunction; (4) writ of injunction and return; (5) writ of subpoena and return.
*Chancery Case* 34 of 1823.

## DAVID E. GREGORY AND PETER BAIN *versus* JAMES BYRNE

JOURNAL ENTRIES (1824): *Journal 3:* (1) Rule for judgment *p. 510.
PAPERS IN FILE: (1) Declaration; (2) warrant to confess judgment; (3) cognovit; (4) precipe for execution fi. fa.; (5) writ of fi. fa. and return; (6) money bond.
*1824–36 Calendar*, MS p. 60. Recorded in *Book B*, MS pp. 428–29.